MERCHANTS' COAL CO. v. FAIRMONT COAL CO. et al. (Circuit Court of Appeals, Fourth Circuit. January 17, 1908.) No. 779. Appeal from the

Circuit Court of the United States for the District of Maryland, at Baltimore. William A. Glasgow, Jr., Frank Gosnell, and George Weems Williams, for appellant. John G. Wilson and Gans & Haman, for appellees.

PER CURIAM. Decree of Circuit Court reversed, and cause remanded, with directions to dismiss the bill. Petition of appellees for appeal to the Supreme Court and order allowing appeal filed February 6, 1908. Transcript of record transmitted to the clerk of the Supreme Court February 18, 1908. See 160 Fed. 769.